Argued December 17, affirmed as modified and remanded for resentencing December 27, 1976, reconsideration denied February 2, petition for review denied February 23, 1977

STATE OF OREGON *Respondent,*
*v.*
REGINALD I. COX, *Appellant.*
(No. C 76-03-04166, CA 6564)
557 P2d 264

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Tanzer, Judges.

PER CURIAM.

## PER CURIAM.

The defendant appeals on several grounds his convictions of rape, and kidnapping in the first degree. His only contention with which we agree, as does the state, is that under *State v. Swaggerty,* 15 Or App 343, 515 P2d 952 (1973), the evidence supports a finding of second degree, but not first degree, kidnapping.

Affirmed as modified and remanded for resentencing.